**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

————————————

No. 96-50793

————————————


ALEX ALVARADO,

                              Plaintiff-Appellant,

VERSUS

EL PASO INDEPENDENT SCHOOL DISTRICT, et al.,

                              Defendants-Appellees.

————————————————

Appeal from the United States District Court
for the Western District of Texas
(4:95-CR-66)
————————————————
March 28, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]


The plaintiff, a former employee of the defendant school district, brought this 42 U.S.C. § 1983 action to challenge his termination. Having examined the briefs, pertinent portions of the record, and the applicable law, we affirm, essentially on the basis of the Order Regarding the Defendants' Motion for Summary Judgment entered by the district court on September 12, 1996.

AFFIRMED.

———————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.